**Electronically Filed
Supreme Court
SCWC-19-0000452
26-MAY-2021
12:10 PM
Dkt. 17 ODAC**

SCWC-19-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIE JAMES JONES,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000452; S.P.P. NO. 17-1-0012; CR. NO. 1PC950001384)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Wilson, and Eddins, JJ.,
and Circuit Judge Loo, in place of McKenna, J., recused)

Petitioner/Petitioner-Appellant's Application for Writ
of Certiorari filed on April 20, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 26, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Rhonda I.L. Loo

